# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**Tammy M. Hochradel,**

      Plaintiff,                                   Case No.  **3:07cv1799**

vs.

                                                    **<u>JUDGMENT IN A CIVIL CASE</u>**

**Commissioner of Social Security,**

      Defendant.

**Decision by Court.**  This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

  January 26, 2009                                         Geri M. Smith, Clerk of Court  
    Date                                                            Clerk

                                                            s/ Pamela A. Armstrong     
                                                          (By) Deputy Clerk